UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| LANCE GREGOR RICE, | ) | Civil Action No. 5:19-cv-01091-TLW-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL,[1] | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Commissioner's Motion to Remand, it is hereby ORDERED that such motion is granted. This case shall be remanded to Commissioner for further evaluation pursuant to the fourth sentence of 42 U.S.C.§ 405(g).

*s/ Terry L. Wooten*
TERRY L. WOOTEN
Senior United States District Judge

November 25, 2019
Columbia, South Carolina

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party. Fed. R. Civ. P. 25(d). *See also* 42 U.S.C. § 405(g) (providing that action survives regardless of any change in the person acting as the Commissioner of Social Security).